# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2014

## NO. 03-12-00335-CV

**The Texas Commission on Environmental Quality and Waste Control Specialists, LLC, Appellants**

**v.**

**Sierra Club, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## REVERSED AND RENDERED ON MOTION FOR REHEARING –
## OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the district court on May 12, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. We therefore order that the motion for rehearing filed by appellee, Sierra Club is denied; that the opinion and judgment dated April 18, 2014, are withdrawn; and that the Court reverses the district court's judgment and renders judgment affirming TCEQ's decision to deny the hearing request. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.